UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

James L. Orrington, II, DDS, PC
                        Plaintiff,

v.                                           Case No.: 1:13–cv–01911
                                                               Honorable Charles R. Norgle Sr.

Damore Dental Lab, LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 20, 2013:

      MINUTE entry before Honorable Charles R. Norgle, Sr: IT IS HEREBY ORDERED that Plaintiff's individual claims against Defendant are dismissed with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. The August 21, 2013 status hearing date is stricken. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.